METZGER, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Charles E. Metzger against Edward M. Knox and others. No opinion. Motion denied, without costs. See, also, 139 N. Y. Supp. 1133, 1134.

METZGER, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Charles E. Metzger against Edward M. Knox and others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to answer within 20 days on payment of costs of said action and of this appeal. Appeal to the Court of Appeals denied,

139 N. Y. Supp. 1134. See, also, 137 N. Y. Supp. 1129; 139 N. Y. Supp. 1133.